**Order entered April 1, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-13-01558-CR
No. 05-13-01559-CR

**MORRIS JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F12-62862-J, F13-00351-J**

## ORDER

We **GRANT** Official Court Reporter Kimberly Xavier's March 27, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

/s/ LANA MYERS
   JUSTICE